IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEDRICK LAMAR MURRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:23-cv-493-ECM |
| | ) |
| ELMORE COUNTY, ALABAMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On November 8, 2023, the Magistrate Judge entered a Recommendation (doc. 4) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 4) is ADOPTED;

2. The Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is DENIED;

3. This case is DISMISSED without prejudice for the Plaintiff's failure to comply with the Orders of this Court.

A separate Final Judgment will be entered.

DONE this 12th day of December, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE